UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DURAN ESCOBAR,<br><br>                 Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                 Defendant. | CIVIL ACTION NO. 3:15-CV-00007-VC<br><br>~~PROPOSED~~ ORDER |

Before the court is the Motion to Transfer Venue filed by plaintiff Maria Duran Escobar. According to the motion, the defendant does not oppose the plaintiff's requested relief, transferring venue to the United States District Court for the Eastern District of California.

IT IS ORDERED that this case is transferred to the United States District Court for the Eastern District of California.

San Francisco, California, this   30th   day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Vince Chhabria